**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

August 10, 2026

By ECF
Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Edgar Santiago Asimbaya Jaramillo v. Robert Brown*[1] *et al.*,
Civil Action No. 26-cv-4813 (Bulsara, J.)

Dear Judge Bulsara:

This Office represents Respondents in the above-captioned habeas petition filed by Petitioner Hongxu Jin ("Petitioner") on August 6, 2026, in which he challenges his detention by Immigration and Customs Enforcement ("ICE"). *See* Docket Entry ("DE") No. 1. Respondents respectfully submit this letter to provide the following additional "paperwork related to the Petitioner's custody determination" in response to Your Honor's Order dated August 10, 2026:

1) Petitioner's RAP Sheet – relevant to Deportation Officer Dmitry Rousseau's Declaration statements regarding Petitioner's criminal history. Decl. ¶¶ 5, 6, 14, 15,[2] 17, 18.

2) Petitioner's I-213, Record of Deportable/Inadmissible Alien – relevant to Rousseau's Declaration statements regarding Petitioner's immigration history, criminal history, DACA petition, and arrest and detention beginning on July 21, 2026. Decl. ¶¶ 2-8, 10-15, 17-21.

Additionally, this Office is aware that a *Velesaca* worksheet was also filled out during Petitioner's processing and custody determination. We have not yet received a copy of the worksheet yet, but will produce document as soon as it is received.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Robert Brown, Warden of the Metropolitan Detention Center in Brooklyn, New York, is automatically substituted for his predecessor Raul Maldonado.

[2] Respondents note that ¶ 15 of the Rousseau Decl. [DE 8-1] incorrectly stated that Petitioner was arrested on October 24, 2024. That arrest occurred on October 25, 2024, as reflected in the attached RAP Sheet, at page 9, and I-213 at page 3.

Thank you for the Court's attention to this matter.

Respectfully submitted,
JOSEPH NOCELLA JR.
United States Attorney

By: /s/ Thomas R. Price
THOMAS R. PRICE
Assistant U.S. Attorney
(631) 715-7893

Encls.

cc: Via ECF
All counsel of record