**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

August 11, 2026

By ECF
Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Edgar Santiago Asimbaya Jaramillo v. Robert Brown*[1] *et al.*,
Civil Action No. 26-cv-4813 (Bulsara, J.)

Dear Judge Bulsara:

This Office represents Respondents in the above-captioned habeas petition filed by Petitioner Hongxu Jin ("Petitioner") on August 6, 2026, in which he challenges his detention by Immigration and Customs Enforcement ("ICE"). *See* Docket Entry ("DE") No. 1. Respondents respectfully submit this letter to provide the *Velesaca* worksheet referenced in Respondents' supplemental submission at DE 9. *See* Attached.

Respondents apologize for the delay in submitting this additional document pursuant to the Court's August 10, 2026 Order.

Thank you for the Court's attention to this matter.

Respectfully submitted,
JOSEPH NOCELLA JR.
United States Attorney

By: /s/ Thomas R. Price
THOMAS R. PRICE
Assistant U.S. Attorney
(631) 715-7893

Encls.

cc: Via ECF
All counsel of record

[1] Pursuant to Fed. R. Civ. P. 25(d), Robert Brown, Warden of the Metropolitan Detention Center in Brooklyn, New York, is automatically substituted for his predecessor Raul Maldonado.