**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

August 12, 2026

By ECF
Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Edgar Santiago Asimbaya Jaramillo v. Robert Brown*[1] *et al.*,
Civil Action No. 26-cv-4813 (Bulsara, J.)

Dear Judge Bulsara:

This Office represents Respondents in the above-captioned habeas action. Respondents respectfully submit this letter in accordance with the Court's August 12, 2026 Order, which directed that Respondents "effectuate Petitioner's release by August 12, 2026 at 5:00 P.M. and file a letter on the docket confirming Petitioner's release by that time." This Office has been informed that Petitioner was released at 3:46 P.M. today.

Thank you for the Court's attention to this matter.

Respectfully submitted,
JOSEPH NOCELLA JR.
United States Attorney

By: /s/ Thomas R. Price
THOMAS R. PRICE
Assistant U.S. Attorney
(631) 715-7893

Encls.

cc: Via ECF
All counsel of record

[1] Pursuant to Fed. R. Civ. P. 25(d), Robert Brown, Warden of the Metropolitan Detention Center in Brooklyn, New York, is automatically substituted for his predecessor Raul Maldonado.